UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                          Case No. 1:13-cr-09-02

v.

                                          HONORABLE PAUL L. MALONEY

SERWAN MIZORI,

        Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

Defendant Serwan Mizori has filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to drug quantity.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines modified U.S.S.G. § 2D1.1, the Drug Quantity Table with regard to drug quantity, and U.S.S.G. § 2D2.1(b). These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10(c).

On July 20, 2015, the Probation Department issued an Eligibility Report indicating Defendant appears to be ineligible for consideration of a modification of sentence. On July 21, 2015, the Court issued an order affording the parties 14 days to file objections to the report. Defendant has not filed any objection to the conclusion of the Probation Office, but did file

another motion for sentence reduction on August 3, 2015.  The Court will construe the second motion for sentence reduction as Defendant's response to the Eligibility Report.

Upon consideration of the motion, the Court finds that Amendment 782 provides Defendant no relief.  The statutorily authorized maximum term of imprisonment for the offense to which Defendant pled guilty is 20 years pursuant to 21 U.S.C. § 841(b)(1)(C).  Absent the statutory maximum for the offense, Defendant's guideline range would have been 360 months to Life based on a total offense level of 38 and a criminal history category of V.  However, the guideline range becomes the statutory maximum pursuant to U.S.S.G. § 5G1.1(a) and Defendant was sentenced to 240 months imprisonment.  As the changes to Defendant's guideline range as a result of Amendment 782 do not lower the guideline range below the statutory maximum, the amendment is of no assistance to Defendant. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Serwan Mizori's motion modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) and for appointment of counsel (ECF No. 208) is **DENIED**.

Date:   August 7, 2015                    /s/ Paul L. Maloney                    
                                                     Paul L. Maloney  
                                                     United States District Judge